IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
STATE OF ALABAMA,              )
                               )
    Plaintiff,                 )
                               )     CIVIL ACTION NO.
    v.                         )       1:24cv195-MHT
                               )            (WO)
KETAVIOUS JAVON HAMMOND,       )
                               )
    Defendant.                 )
```

OPINION AND ORDER

This case stems from a state criminal prosecution against the defendant in Houston County, Alabama. The defendant removed the case to this court asserting federal jurisdiction under the statute that gives federal courts jurisdiction over *civil* cases involving admiralty and maritime law, which clearly does not apply to this *criminal* case. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be remanded to state court and that the pending application for leave to proceed in forma pauperis be denied as moot. Also before the court is the defendant's objection to the recommendation. After an independent and de novo

review of the record, the court concludes that the objection should be overruled and the magistrate judge's recommendation adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The objection (Doc. 11) is overruled.

(2) The magistrate judge's recommendation (Doc. 10) is adopted.

(3) The application for leave to proceed in forma pauperis (Doc. 9) is denied as moot.

(4) Pursuant to 28 U.S.C. § 1455(b)(4), this cause is remanded to the District Court of Houston County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 31st day of May, 2024.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE